UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                              :
WILLIAM C. DODSON,                       :

                  Plaintiff,        :
                                              :         25-CV-04176 (JAV)
           -v-                   :
                                              :         <u>ORDER</u>
GREAT LAKES DREDGE & DOCK COMPANY, LLC, :

                  Defendant.     :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       Pursuant to the Court's Order dated June 4, 2025, ECF No. 8, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by August 14, 2025. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 20, 2025**.

       SO ORDERED.

Dated: August 18, 2025
       New York, New York                                  _____
                                                                       JEANNETTE A. VARGAS
                                                                       United States District Judge